# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ARTHUR HALL, | |
| Plaintiff, | Case No. 2:07-CV-0817-KJD-GWF |
| v. | **ORDER** |
| LAS VEGAS METRO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Currently before the Court is Defendants' Motion for Summary Judgment (#20), filed June 16, 2008. On June 16, 2008, the Court issued a *Klingele* Order that notified the Plaintiff of the necessity of responding to Defendants' dispositive motion, and identified what Plaintiff must do to adequately oppose Defendants' Motion. Despite the Court's warning, to date, Plaintiff has failed to file points and authorities in opposition to Defendants' Motion as allowed by Local Rule 7-2. Local Rule 7-2(d) allows the Court to consider failure to file points and authorities in opposition as consent to the granting of the motion.

Additionally, the Court, finds that Defendants' Motion for Summary Judgment has merit. Specifically, Defendants assert that Defendants Majewski, Summers, and Yannis are immune from

suit under the doctrine of qualified immunity, and that Plaintiff's allegations are insufficient to effectively state a claim under the Fifth, Eighth, or Fourteenth Amendments.

Therefore, in accordance with Local Rule 7-2(d), **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (#20) is **GRANTED**.

DATED this 22nd day of October 2008.

_____
Kent J. Dawson
United States District Judge

2